UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLES C. DUNCAN                                                PLAINTIFF

VS.                  CASE NO. 4:06CV0001327

THE CLERICAL STAFF OF
THE SHERWOOD DISTRICT COURT                        DEFENDANT

### ORDER

On November 9, 2006, the Court granted plaintiff's application to proceed *in forma pauperis* and directed plaintiff to provide the Court within 10 days of the date of the Order with the name and address of the defendant and a description of how defendant's actions deprived plaintiff of a property interest.

Plaintiff was also notified that Rule 5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas requires *pro se* litigants (1) to promptly notify the Court and the other parties in the case of any change of address; (2) to monitor the progress of the case; (3) to prosecute or defend the action diligently; and (4) to respond to any communication from the Court within thirty (30) days or risk dismissal of his case.

On November 27, 2006 the Court's November 9, 2006 Order was returned as "Mail Undeliverable." Because plaintiff has failed to notify the Court of his change of address and because plaintiff has failed to respond to the Court within thirty days of the November 9, 2006 Order, his complaint is dismissed without prejudice.

IT IS SO ORDERED this __12__ day of December, 2006.

                                                     */s/ James M. Moody*
                                                     James M. Moody
                                                     United States District Judge